■ In the Matter of the Estate of DOROTHY W. DONNELLY, Deceased. JOHN C. DONNELLY, Appellant; WILLA W. ARMULL, Respondent.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, J. P., Rabin, Frank, Valente and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JAMES OREE.— Motion to dismiss appeal granted. Concur --- Botein, J. P., Rabin, Frank, Valente and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. EDWARD BOGAN.— Motion to dismiss appeal granted. Concur — Botein, J. P., Rabin, Frank, Valente and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. EDWARD BOGAN.— Motion to dismiss appeal granted. Concur — Botein, J. P., Rabin, Frank, Valente and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. DANIEL ALCANTARO.— Motion to dismiss appeal granted. Concur — Botein, J. P., Rabin, Frank, Valente and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. LOUIS A. BATTICE.— Motion to dismiss appeal granted. Concur — Botein, J. P., Rabin, Frank, Valente and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ANTONIO CORTIJO.— Motion to dismiss appeal granted. Concur — Botein, J. P., Rabin, Frank, Valente and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. MARIO JOSEPH PUMA.— Motion to dismiss appeal granted. Concur — Botein, J. P., Rabin, Frank. Valente and Bergan, JJ.

■ In the Matter of the Accounting of ANIELLO AQUINO, Appellant, as Temporary Administrator of GIOVANNI AQUINO, Deceased. CIRO AQUINO, as Surviving Executor of GIOVANNI AQUINO, Deceased, Appellant; ANGELINA V. LATONA, as Executrix of CARMELA AQUINO, Deceased, Respondent.— Motion to dismiss appeals granted, with $10 costs. Concur — Botein, J. P., Rabin, Frank, Valente and Bergan, JJ.

■ BORIS M. VOLYNSKY v. UNITED STATES PLYWOOD CORPORATION.— Motion, having become academic by virtue of the decision of this court in *Volynsky* v. *United States Plywood Corp.* (*ante*, p. 964) is dismissed. Concur —.Peck, P. J., Breitel, Cox, Frank and Valente, JJ.

## (December 12, 1956)

### (Republished)

■ TILLIE WALDMAN, Respondent, v. ABRAHAM WALDMAN, Appellant.— Order unanimously affirmed. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ. [See *ante*, p 964.]